# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE M. WHITE, SR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 10-464 |
| ) | |
| v. ) | Judge Ambrose |
| ) | Magistrate Judge Bissoon |
| THE PENNSYLVANIA STATE POLICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Lance White submitted his prisoner civil rights complaint to the Court on April 4, 2010, and the case was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on May 19, 2010, recommended that the action be dismissed in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) because Plaintiff's claims are barred by the Supreme Court's decision in Heck v. Humphrey, 512 U.S. 477, 487 (1994). It was also recommended that Plaintiff's Motion for Preliminary Injunction (Doc. 7) and Motion for Appointment of Counsel (Doc. 8) be denied. Objections were due on or before June 2, 2010, but none have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 4th day of June, 2010,

IT IS HEREBY ORDERED that the this case is DISMISSED in accordance in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk is directed to mark this case CLOSED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. 7) and Motion for Appointment of Counsel (Doc. 8) are DENIED. The Report and Recommendation of Magistrate Judge Bissoon (Doc. 9), dated May 19, 2010, is adopted as the opinion of the court.

s/Donetta W. Ambrose
Donetta W. Ambrose
United States District Court Judge

cc:
**LANCE M. WHITE, SR.**
JA-8797
1100 Pike Street
Huntingdon, PA 16654