# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE M. WHITE, SR., | ) |
| Plaintiffs, | ) Civil Action No. 10-464 |
| v. | ) Judge Ambrose |
| | ) Magistrate Judge Bissoon |
| THE PENNSYLVANIA STATE POLICE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Plaintiff, Lance M. White, Sr. ("Plaintiff"), is a state prisoner who alleges that his constitutional rights were violated when he was falsely arrested and then falsely convicted and sentenced for narcotics offenses in Pennsylvania. Plaintiff seeks relief in the nature of compensatory damages and release from custody pursuant to the Civil Rights Act of 1871, 42 U.S.C. § 1983. He has been granted leave to proceed *in forma pauperis* ("IFP") (Doc. 4). This case was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates.

May 9, 2011, the magistrate judge issued a report and recommendation (Doc. 22), recommending that Plaintiff's IFP status be revoked because it had been determined that Plaintiff was ineligible to proceed in such a manner, pursuant to the "three strikes" provision of 28 U.S.C.§ 1915(g). Plaintiff has responded to the report, and has conceded that he is indeed "three-struck." (Doc. 26) at 2. Plaintiff seeks a 365-day stay of this case, so that he may gather the remaining balance of the filing fee, which, as of the date of this writing, is $159.12.

After *de novo* review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 20th day of June, 2011,

IT IS HEREBY ORDERED that Plaintiff's motion for extension of time (Doc. 26) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's leave to proceed *in forma pauperis* (Doc. 4) is REVOKED. Plaintiff shall, within 60 days of the date of this order, pay the entire remaining balance of the filing fee. Failure to do so within the time allotted will result in the dismissal of this civil action.

IT IS FURTHER ORDERED that the report and recommendation of May 9, 2011 (Doc. 22), is adopted as the opinion of this Court on this issue.

BY THE COURT:

DONETTA W. AMBROSE
SENIOR UNITED STATES DISTRICT JUDGE

cc:
**LANCE M. WHITE, SR.**
JA-8797
1 Kelley Drive
Coal Township, PA 17866

2